IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED
AUG 14 2009
BY: JOHN F. CORCORAN, CLERK
    /s/ DEPUTY CLERK

| | |
|---|---|
| ALLAN BROUGHMAN, ) | |
| Plaintiff, ) | Civil Action No.: 7:08cv00548 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| LARRY S. CARVER, ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Allan Broughman's request for this court to 1) declare that Broughman is a "dealer" and not a "manufacturer" under the Gun Control Act, 2) hold unlawful and set aside Larry S. Carver's command that Broughman obtain a manufacturer's license, and 3) award such other relief pursuant to 28 U.S.C. § 2412 is **DENIED**. Accordingly, summary judgment is **GRANTED** for Larry S. Carver in his official capacity as an Industry Operations Investigator with the Bureau of Alcohol, Tobacco, Firearms, and Explosives.

Enter: This 14th of August 2009.

_____
UNITED STATES DISTRICT JUDGE